UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

SIERRA CLUB,

                Plaintiff,

    v.                                    Case No. 3:09-cv-00751

LISA JACKSON, in her
official capacity as Administrator,
United States Environmental
Protection Agency,

                Defendant.

---

### CERTIFICATE OF SERVICE

---

        I hereby certify that on February 2, 2010, I electronically filed true and correct copies of the following documents:

    1.    **Notice of Motion and Motion to Intervene by Wisconsin Public Service Corporation**; and

    2.    **Disclosure of Corporate Affiliations and Financial Interest,**

using the ECF system which send notification of such filing to the following counsel of record:

        **Christa Westerberg** at westerberg@mwbattorneys.com
        **David C. Bender** at bender@mwbattorneys.com
        **Jered Joseph Lindsay** at jered.lindsay@usdoj.gov
        **Leslie K. Herje** at leslie.herje@usdoj.gov

                                                s/Tony H. McGrath
                                                Tony H. McGrath
                                                FOLEY & LARDNER LLP
                                                150 E. Gilman Street
                                                Madison, WI 53703
                                                Telephone: 608-257-5035
                                                Facsimile: 608-258-4258
                                                tmcgrath@foley.com